

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2016

No. 04-16-00261-CV

**IN THE INTEREST OF A.A.V., JR., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01521
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id.*

Appellant is represented on appeal by appointed counsel. The appellant's brief was due to be filed on June 27, 2016. On June 30, 2016, appellant's counsel filed a motion for extension of time to file the brief. The motion is GRANTED. Appellant's brief must be filed no later than July 18, 2016.

Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2016.

Keith E. Hottle
Clerk of Court